The Kantrow Law Group, PLLC
Attorneys for Debtor
732 Smithtown Bypass, Suite 101
Smithtown, NY 11787
Fred S. Kantrow, Esq.
Hailey L. Kantrow, Esq.
516 703 3672

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                                  Chapter 7
    MARC DANIEL RUTLEDGE,          Case No. 23-71244-ast
    a/k/a MARC D. RUTLEDGE,
    a/k/a MARC RUTLEDGE,

                                        Debtor.
-----------------------------------------------------------X

### DEBTOR'S APPLICATION SEEKING ENTRY OF AN ORDER SCHEDULING A HEARING ON AN EXPEDITED BASIS

TO:    HON. ALAN S. TRUST
           CHIEF UNITED STATES BANKRUPTCY JUDGE

Marc Daniel Rutledge, a/k/a Marc D. Rutledge, a/k/a Marc Rutledge, the debtor (the "Debtor"), by and through his attorneys, The Kantrow Law Group, PLLC, respectfully submits this as and for his application (the "Application") seeking the entry of an Order directing a hearing on an expedited basis to consider the Debtor's application to compel JPMorgan Chase Bank to release accounts and to impose sanctions for its willful violation of the automatic stay, and sates as follows:

1.    As more fully set forth in the underlying application, the Debtor filed for relief on April 11, 2023 (the "Petition Date"). As of the Petition Date, the Debtor maintained bank accounts as JPMorgan Chase Bank ("Chase") which accounts were "frozen" by a judgment creditor. Despite the filing of the voluntary petition and despite having actual knowledge of the filing and having been advised by the judgment creditor's counsel to release the accounts, Chase has simply failed or refused to do so.

2.      This continuing restrain against the Debtor's property is a violation of the automatic stay and has caused a significant hardship for the Debtor.  Despite the Debtor's best efforts to have the funds released, he has been unable to accomplish what should have happened automatically.

3.      The Debtor seeks expedited relief in this regard.

WHEREFORE, the Debtor respectfully requests that this Honorable Court schedule a hearing on an expedited basis to consider granting further relief.

Dated:  Smithtown, New York
       May 9, 2023

                                        The Kantrow Law Group, PLLC
                                        Attorneys for the Debtor

                                        BY:     S/Fred S. Kantrow
                                                       Fred S. Kantrow
                                        732 Smithtown Bypass, Suite 101
                                        Smithtown, New York 11787
                                        516 703 3672
                                        fkantrow@thekantrowlawgroup.com