The Kantrow Law Group, PLLC
Attorneys for Debtor
732 Smithtown Bypass, Suite 101
Smithtown, NY 11787
Fred S. Kantrow, Esq.
Hailey L. Kantrow, Esq.
516 703 3672

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                                                                  Chapter 7
        MARC DANIEL RUTLEDGE,               Case No. 23-71244-ast
        a/k/a MARC D. RUTLEDGE,
        a/k/a MARC RUTLEDGE,

                                                Debtor.
-----------------------------------------------------------X

## LOCAL RULE 9077-1 AFFIDAVIT

STATE OF NEW YORK     )
                                )
COUNTY OF SUFFOLK    )

       Fred S. Kantrow, being duly sworn deposes and states as follows:

       1.     I am counsel to Marc Daniel Rutledge, the debtor (the "Debtor") herein.  I offer this affidavit in support of the Debtor's application seeking the entry of an Order scheduling a hearing on an expedited basis to consider further relief.

       2.     As more fully set forth in the accompanying pleadings, the Debtor filed for relief on April 11, 2023 (the "Petition Date").  Despite the automatic stay, JPMorgan Chase Bank, has failed or refused to release a restraint placed on the Debtor's pre-petition bank accounts as a result of the actions of a judgment creditor.  As more fully set forth in the accompanying pleadings, JPMorgan Chase Bank was advised by the judgment creditor to release the funds in the accounts. The Debtor has contacted JPMorgan Chase Bank on numerous occasions without success.

3.      Because the funds in the accounts are substantial, and because the case is nearly one month old, the Debtor seeks expedited relief before this Court to compel the release of funds held that should have been released automatically.

S/Fred S. Kantrow<br>
Fred S. Kantrow

Sworn to before me on this
9th day of May, 2023

S/Carolyn Rose Iraci
Carolyn Rose Iraci
Notary Public State of New York
No. 01IR6371780
Comm. Exp. 3/5/26