# *The Kantrow Law Group*

A Professional Limited Liability Company
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com

FRED S. KANTROW

---------------------------                                                CAROLYN PISCIOTTA

HAILEY L. KANTROW                                                         *Paralegal*

May 11, 2023

VIA ECF ONLY
Hon. Alan S. Trust
Chief United States Bankruptcy Judge
United States Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722

Re:     In re Rutledge, Chapter 7, Case No. 23-71244-ast

Dear Chief Judge:

Please allow this letter to serve as Notice of a hearing scheduled by the Court to consider the Debtor's Motion seeking to compel JPMorgan Chase Bank to release a restrained account, for today, May 11, 2023, at 3:30 p.m.  Thank you.

                                                                Respectfully submitted,

                                                                S/Fred S. Kantrow
                                                                Fred S. Kantrow